# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Lorenzo M. Davis,

        Defendant.

Case No. MJ17-142

**DETENTION ORDER**

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1)     Defendant has been charged by a grand jury with assault on an officer (3 counts) in the Superior Court of the District of Columbia, Crim. No. 2016 CFA 000777. On March 27, 2017 a bench warrant was issued for defendant. At his appearance before this Court, defendant waived his right to an identity hearing, and did not object to entry of an order of detention pending transfer to the charging district. The defendant was not interviewed by Pretrial Services.

DETENTION ORDER - 1

An Order of Transfer has been signed. The Court finds that defendant poses a risk of nonappearance due to the nature of the alleged violations, and lack of verified background information. Defendant poses a risk of danger due to the nature of the alleged violations and criminal history. The defendant through his attorney made no argument as to release, lodged no objections and stipulated to detention. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore **ORDERED**:

(1) Defendant shall be detained transfer to the charging district and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of April, 2017.

PAULA L. MCCANDLIS
United States Magistrate Judge